UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No. 25-MJ-0212 (MJS) |
| **DONTE PHILSON,** | : | |
| | : | |
| *Defendant.* | : | |

**DEFENDANT'S NOTICE OF CONSENT TO
DETENTION AND MOTION TO VACATE DETENTION HEARING**

Defendant Donte Philson, ("Philson), by and through undersigned counsel, respectfully informs the Court that he consents to pre-trial detention and states as follows:

1. Mr. Philson is charged via complaint with unlawful possession of ammunition by a person convicted of a crime punishable by a term of imprisonment for a term exceeding one year; assault with intent to kill while armed and possession of a firearm during a crime of violence or dangerous offense.

2. On September 12, 2025, he appeared before the Court for his initial appearance. A detention hearing is scheduled for September 23, 2025.

3. Under the Bail Reform Act, 18 U.S.C. §§ 3141 et seq., federal courts must order a defendant's pre-trial detention upon determining that "no condition or combination of conditions would reasonably assure the appearance of the person as required and the safety of any other person and the community[.]" 18 U.S.C. § 3142(e). A finding of dangerousness must be supported by clear and convincing evidence. *See United States v. Fernandez Velez*, 608 F.Supp.2d 93, 94 (D.D.C. 2009); *United States v. Simpkins*, 826 F.2d 94, 98 (D.C. Cir. 1987). A

finding of risk of flight must be supported by a preponderance of the evidence. *See Fernandez* 608 F.Supp.2d at 94; *Simpkins*, 826 F.2d at 96; *United States v. Xulam*, 84 F.3d 441, 442 (D.C. Cir. 1996). If the Court finds that no conditions will reasonably assure both the appearance of the defendant and the safety of any other person and the community, it shall order the defendant detained. § 3142(e)(1).

    4.    Mr. Philson has consulted with counsel regarding his right to a detention hearing and waives a detention hearing at this time, reserves the right to request a hearing in the future and consents to his pre-trial detention. Mr. Philson respectfully requests that the Court vacate the detention hearing scheduled for September 23, 2025.

Dated: Washington, DC
       September 21, 2025        Respectfully submitted,

**BALAREZO LAW**

By:    /s/ A. Eduardo Balarezo
           _____
           A. Eduardo Balarezo
           DC Bar # 462659
           400 Seventh Street, NW
           Suite 306
           Washington, DC 20004
           Tel. (202) 639-0999
           Fax. (202) 639-0899
           E-mail: aeb@balarezolaw.com

*Counsel for Donte Philson*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of September 2025 I caused a true and correct copy of the foregoing Defendant's Notice of Consent to Detention and Motion to Vacate Detention Hearing to be delivered via ECF to the Parties in this case.

/s/. A. Eduardo Balarezo
_____
A. Eduardo Balarezo